United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELBY GAIL HEIFETZ,

    Plaintiff,

    v.

CAPITAL FINANCIAL LLC, et al.,

    Defendants.

Case No. 15-cv-04699-SK

**ORDER TO SHOW CAUSE**

Plaintiff filed this action on October 9, 2015.  Pursuant to the scheduling order entered on October 13, 2016, the last day for Plaintiff to file a Notice of Need for Mediation was March 4, 2016.  (Dkt. 5.)  To date, Plaintiff has not yet done so.  Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than June 20, 2016 why this case should not be dismissed for failure to prosecute.  Plaintiff is admonished that if she does not file a response by this deadline, the Court will dismiss the action without prejudice.

    **IT IS SO ORDERED**.

Dated: June 6, 2016

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge