UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL FINANCIAL LLC, et al.,<br><br>    Defendants. | Case No.  15-cv-04699-SK<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 16 |

The Court has received Plaintiff's response to the Order to Show Cause ("OSC") filed on June 6, 2016. Plaintiff indicated that she intends to move for entry of default against Defendant Big Burger, Inc. and to move for an extension of the deadline to complete the inspection. The Court HEREBY DISCHARGES the OSC. However, Plaintiff is warned that, if she does not move for entry of default and file a stipulation or administrative motion to extend the deadline to conduct an inspection by July 13, 2016, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: June 22, 2016

_____
SALLIE KIM
United States Magistrate Judge